tion Statute SDCL 32-23-7 for the stated reason that a Registered Nurse was not a person authorized to withdraw blood under SDCL 32-23-14. The defendant made no exceptions or objections to the court's instructions as given and no instructions were requested by the defendant.

Defendant contends that the court erred in admitting into evidence the state's Exhibit Three (the report of the results of defendant's blood alcohol test) over objection by defense, particularly in view of the court's refusal to instruct relative to implied consent and presumption.

■ In the posture of this record we do not reach the error assigned. The defendant now argues that the court erred in the admission of Exhibit Three for the reason that the blood sample was withdrawn by a Registered Nurse. The record reflects no objection to the introduction of the evidence on that ground. An objection not interposed at the trial will not be considered for the first time on appeal, Application of Heintz, 78 S.D. 188, 99 N.W.2d 794, and State v. Hermandson, 84 S.D. 208, 169 N.W.2d 255.

■ Where no exceptions or objections were made by the defendant to any instructions of the court and the defendant proposed no instructions, there is no question concerning the instructions before the Supreme Court on appeal. SDCL 15-6-51 (b), Keller v. Merkel, 73 S.D. 477, 44 N.W.2d 208.

Affirmed.

All the Justices concur.

———

Appeals from the CITY OF ABERDEEN, the Aberdeen Independent School District No. 32 of Brown County, South Dakota, and Brown County, South Dakota, from the Decision of the State Board of Equalization (of South Dakota) and the Department of Revenue of the State of South Dakota

(203 N.W.2d 177)

(File Nos. 11127-11129. Opinion filed January 11, 1973)

Terence A. O'Keefe, Siegel, Barnett, Schutz, O'Keefe & Ogborn, Aberdeen, for appellants.

Gordon Mydland, Atty. Gen., John Dewell, Asst. Atty. Gen., Pierre, for respondents.

Martens, Goldsmith, May, Porter & Adam, and David A. Gerdes, Pierre, for intervenors and respondents.

PER CURIAM.

This action involves separate appeals by the City of Aberdeen, the Aberdeen Independent School District No. 32, and Brown County to the Circuit Court of Brown County from the action of the Department of Revenue in determining the valuation of certain public utilities in South Dakota and the action of the State Board of Equalization in equalizing the tax assessments of said public utilities. The appeals were dismissed by the circuit court.

The same issues involved in this appeal were recently considered by this Court in the case of the City of Sioux Falls, et al. v. State Board of Equalization, et al., and Northern States Power Company, a corporation, Intervenor, 87 S.D. 106, 203 N.W.2d 419, (1973); the issues were determined in favor of the appellants.

Accordingly, the order of the circuit court dismissing the appeal of the appellants is reversed and the cause is remanded for a hearing upon the merits.

All the Justices concur.